# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

V.                              No. 4:23-MJ-62-JTR-1

EDDIE TRAMEL MCCLOUD-HUGHES                                         DEFENDANT

## ORDER

On February 18, 2022, Defendant Eddie Tramel McCloud-Hughes pleaded guilty to one count of being a felon in possession of a firearm. *Doc. 1 at 2*; *see also United States v. McCloud-Hughes*, No. 2:19CR00003-PPS-JEM-1, (*Docs. 89 and 90*) (N.D. Ind. Feb. 18, 2022). He was sentenced to twenty-four months' imprisonment in the Bureau of Prisons, to be followed by two years of supervised release. *Id.* Mr. McCloud-Hughes's supervised release commenced on March 6, 2023. *Id.*

On April 11, 2023, the Government filed a Motion to Revoke Mr. McCloud-Hughes's supervised release based on allegations that he violated several conditions of supervised release by: (1) committing new misdemeanor offenses of terroristic threatening and harassment related to a March 17, 2023 incident in Morrilton, Arkansas; (2) testing positive for marijuana on two occasions; (3) refusing to follow the instructions of probation to leave the Woodland Research Group facility; (4) failing to report that he would be moving out of his approved residence and into the

Woodland Research Group facility; (5) failing to report that he would be resigning from his employment; and (6) failing to attend a substance-abuse assessment scheduled for March 28, 2023. *Doc. 1 at 2–3*. On April 13, 2023, this Court accepted transfer of jurisdiction of this case from the United States District Court for the Northern District of Indiana. *United States v. McCloud-Hughes*, No. 2:19CR00003-PPS-JEM-1, (*Docs. 98 and 99*) (N.D. Ind. Apr. 13, 2023).

During his April 12, 2023 Rule 32.1 initial appearance on the Government's Motion to Revoke Supervised Release, Mr. McCloud-Hughes's attorney requested a preliminary hearing to determine if there was probable cause to support the revocation motion. On April 18, 2023, I conducted a Rule 32.1(b)(1) preliminary hearing. After considering the sworn testimony and other evidence introduced during the preliminary hearing, along with the argument of counsel, I stated detailed reasons why the facts established probable cause to believe that:

(1) On March 17, 2023, Mr. McCloud-Hughes committed the offense of terroristic threatening as documented in audio-recorded statements to the boyfriend of the mother of Mr. McCloud-Hughes's child, indicating that Mr. McCloud-Hughes would shoot up the victim's house regardless of whether children were present in the home;

(2) Tested positive for marijuana;

(3) Failed to report that he would be moving from his approved residence;

(4) Failed to obtain permission before enrolling in the Woodland Research Group facility; and

(5) Failed to follow initial probation instructions to leave the Woodland Research Group facility.

Accordingly, the evidence established probable cause to believe Mr. McCloud-Hughes violated those five conditions of his supervised release. *See* Fed. R. Crim. P. 32.1(b)(1)(C).

However, the Court does **not** find probable cause to believe that Mr. McCloud-Hughes failed to attend a substance-abuse assessment. The evidence presented showed that Mr. McCloud-Hughes notified his probation officer that he would be unable to attend an assessment scheduled for March 28, 2023. Mr. McCloud-Hughes's probation officer rescheduled the March 28, 2023 assessment for April 3, 2023. Mr. McCloud-Hughes subsequently reported to his probation officer that he had rescheduled the April 3, 2023 assessment. Mr. McCloud-Hughes's probation officer, however, was not aware whether Mr. McCloud-Hughes had attended any subsequently scheduled assessment. As such, the evidence is simply too uncertain to establish that it is more likely than not that Mr. McCloud-Hughes failed to attend a substance-abuse assessment. Thus, the Court does not find probable cause to support this allegation in the revocation motion.

SO ORDERED, this 19th day of April, 2023.

_____
UNITED STATES MAGISTRATE JUDGE